■ MARGARET KENNEY et al., Respondents, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION et al., Appellants. [773 NYS2d 732] Appeal from an order of the Supreme Court, Erie County (David J. Mahoney, J.), entered October 31, 2002. The order

reserved decision on defendants' motion to dismiss the complaint pursuant to CPLR 3211 (a) (3).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Cobb v Kittinger*, 168 AD2d 923 [1990]). Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.